In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY, as Trustee under the Will of GERTRUDE W. BELDEN, Deceased, Respondent. JOHN W. BLAGBROUGH, et al., Infants, by FRANCIS P. MALONEY, Their Special Guardian, Appellants.

Submitted July 19, 1949; decided October 13, 1949.

*Francis P. Maloney,* special guardian, for motion.
*Henry H. Bruce* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOHN R. O'NEILL, Appellant, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Submitted October 4, 1949; decided October 13, 1949.

Motion to amend remittitur insofar as it awards costs to the respondent against the appellant denied. [See 298 N. Y. 777.]

CITY BANK FARMERS TRUST COMPANY, as Trustee for HELEN M. WIEGERS and Others under the Deeds of Trust Made by BERNARR MACFADDEN, Respondent, *v.* MARY MACFADDEN, Appellant, and BERNARR MACFADDEN et al., Respondents.

Submitted October 4, 1949; decided October 13, 1949.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 711.]